UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

USA

v.                                        Case No. 12-mc-14-SM

Danny P. Howard


O R D E R


I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated June, 6, 2012, having parties full assent and for the reasons set forth therein.   It is hereby ordered, that the taxpayer, Danny P. Howard, obey the summons and that he appear on July 13, 2012, at 9:00 a.m., at the IRS office located at 1000 Elm Street, Manchester, New Hampshire, before Revenue Officer Anita Perry (or any other authorized Revenue Officer of the IRS) and give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of December 12, 2011.   I further order that the government be awarded its costs.

'"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection

are precluded on appeal.'"   School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d

554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs.,

848 F.2d 271, 275 (1st Cir.1988));   see also United States v. Valencia-Copete, 792

F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to

magistrate's report will waive the right to appeal).

      SO ORDERED.


June 7, 2012                        /s/ Steven J. McAuliffe
                        Steven J. McAuliffe
                        United States District Court


cc:   Michael T. McCormack, AUSA
      Danny P. Howard, pro se